# Jadeja-Cimone Law, PC

August 19, 2026

**BY ECF**

Honorable Judge Brian R. Martinotti
U.S. District Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

CLOSED

Re: *RIVERA-GALINDO v. BLANCHE et al*, 2:26-cv-08638-BRM

**REQUEST TO LIFT STAY AND VOLUNTARY DISMISS HABEAS PETITION**

Dear Judge Brian R. Martinotti:

This office represents Petitioner in the above listed habeas petition. Petitioner respectfully request that the Court lift the stay previously entered in this matter and permit voluntary dismissal of the petition.

The Petitioner has elected to pursue voluntary departure and requires closure of the pending habeas proceedings in order to proceed accordingly. Undersigned counsel has spoken to Respondents' counsel, and they are not opposed to closure of this matter.

I wish to thank the Court for its attention to this matter.

SO ORDERED.

BRIAN R. MARTINOTTI, USDJ
DATED: AUG. 19, 2026

Respectfully submitted,

By: */s/ Carolyn M. Corrado*
Carolyn M. Corrado, Esq.
Counsel for Petitioner
(516) 414-0080
ccorrado@jadejacimone.com

cc: All Counsel of Record (by ECF)